STATE OF NEW JERSEY v. DOMINGO CUBANO.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DALE T. BURNETT.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN AUST.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CLEMENTIN ROSARIO.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK FORNEY.

May 24, 1985.

Petition for certification denied.